## Gerald T. Wiley et al., Appellants, v. Caryl Frink MacArthur Michelmore, Appellee.

## Gen. No. 42,851.

Heard in the third division, first district, this court at the October term, 1943; opinion filed February 14, 1945; released for publication March 5, 1945. Richard F. Hahn, for appellants; Frank R. Reid, Charles A. O'Connor and Gerald T. Wiley, *pro se*; Elliodor M. Libonati, for appellee; Abraham Miller, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.